UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLIFTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-03539-KAW<br><br>ORDER TO SHOW CASE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE |

On July 28, 2015, the Court held a case management conference, where Plaintiff's counsel Stanley Goff did not appear.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than August 12, 2015, why he should not pay monetary sanctions in the amount of $500 for his failure to appear at the case management conference.

The Court also reminds Mr. Goff of his obligation to meaningfully participate in the preparation of all joint documents, including further case management conference statements.

The next case management conference will be held on August 25, 2015. The joint case management conference statement is due on or before August 18, 2015.

IT IS SO ORDERED.

Dated: July 28, 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge