UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLIFTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  14-cv-03539-KAW   (EDL)<br><br>**ORDER GRANTING REQUEST TO BE EXCUSED FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** |

On August 3, 2015, Defendants submitted a request to excuse the personal attendance of the four individual defendants at the settlement conference set for August 10, 2015.  Plaintiff does not oppose the request.  Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. If the Court concludes that the absence of the individual defendants is interfering in anyway with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

**IT IS SO ORDERED.**

Dated: August 5, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge