UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLIFTON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 14-cv-03539-KAW<br><br>**ORDER DISCHARGING 7/28/15 ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 30, 33 |

On July 28, 2015, the Court held a case management conference, where Plaintiff's counsel Stanley Goff did not appear. As a result, the Court issued an order to show cause to Mr. Goff to explain in writing why he should not pay monetary sanctions for his failure to appear. (Dkt. No. 30.)

On August 9, 2015, Mr. Goff filed a timely response and explained that his father suffered a massive stroke on July 28, 2015, and had since passed away. (Dkt. No. 33 at 1-2.)

Accordingly, the July 28, 2015 order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: August 26, 2015

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge