DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:     (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
BLAKE CUNNINGHAM, CONSTANTINE
ZACHOS, JOSEPH OBIDI and MARIO MOLINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLIFTON,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and OFFICERS DOES 1-20,<br><br>       Defendants. | Case No. C14-03539 KAW<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S MONELL CLAIM AND ANY CLAIM BASED ON ENTERING AND SEARCH OF RESIDENCE**<br><br>Trial Date:          Jan. 11, 2016 |

# STIPULATION

WHEREAS Plaintiff David Clifton included in his amended complaint as the Second Cause of Action a claim against the City and County of San Francisco;

WHEREAS Plaintiff agreed that rather than the City filing a summary judgment motion that Plaintiff would dismiss the claim against the City;

WHEREAS Plaintiff included in his amended complaint allegations that San Francisco Police Officer illegal entered and searched his residence;

WHEREAS Plaintiff admits that at the time of the incident he had a search condition that allowed the officers to lawfully enter and search his residence and person; and

WHEREAS Plaintiff agreed that rather than all Defendants filing a motion for summary judgment on Plaintiff's claim of illegal entry and/or illegal search that Plaintiff would dismiss that claim;

NOW THEREFORE BE IT STIPULATED THAT:

1. Plaintiff dismisses his second cause of action against the City and County of San Francisco with prejudice.

2. Plaintiff dismisses with prejudice any portion of his first cause of action against all individual Defendants for violation of the Fourth Amendment to the extent that the claim includes a claim that the officers unlawfully entered and/or searched his residence.

SO STIPULATED.

Dated: September 3, 2015        DENNIS J. HERRERA
                                City Attorney
                                MARGARET W. BAUMGARTNER
                                Deputy City Attorney

                                By: /s/ Margaret W. Baumgartner
                                    MARGARET W. BAUMGARTNER
                                    Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO ET AL.

Dated: September 3, 2015        **LAW OFFICE OF STANLEY GOFF**

                                By: /s/ Stanley Goff
                                    STANLEY GOFF
                                    Attorney for Plaintiff David Clifton

## ~~PROPOSED~~ ORDER

For good cause shown, and pursuant to agreement of the parties, Plaintiff's second cause of action against the City is dismissed with prejudice, and that any portion of Plaintiff's first cause of action based on an allegation that officers illegal entered or/or searched his residence are both dismissed with prejudice.

SO ORDERED.

Date:   9/10/15

*Kandis Westmore*
UNITED STATES MAGISTRATE JUDGE
KANDIS A. WESTMORE