Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff David Clifton

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859
Facsimile:    (415) 554-3837
E-Mail:       margaret.baumgartner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLIFTON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO;<br><br>and OFFICERS DOES 1-20,<br><br>        Defendants. | Case No. C 14-03539 KAW<br><br>JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**IT WAS STIPULATED** by and between Plaintiff's attorney of record and the Defendants' attorney of record, that due to Plaintiff's counsel having a scheduling conflict in which he has a court ordered mediation to partake in on October 20, 2015 in San Francisco that prevents him from participating in the scheduled case management conference set for October 20, 2015, in this Court, that the parties agree to continue the case management conference from October 20, 2015 to the soonest available case management conference date that this Court deems appropriate.

Therefore, Plaintiff's attorney and Defendant's attorney **STIPULATE** to request that a continuance of the scheduled case management conference be granted.

Dated: 10/15/2015

By:_____/S/_____
    Stanley Goff
    Attorney for Plaintiff


By:_____/S/_____
    Margaret Baumgartner
    Attorney for Defendant

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**[PROPOSED]** ORDER

IT IS HEREBY ORDERED that a continuance of the case ~~settlement~~ management conference ~~be~~ is granted.
The case management conference is continued to November 3, 2015 at 1:30 p.m.

Dated: Oct. 16, 2015

*Kandis Westmore*

Honorable Judge Kandis Westmore

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE