UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLIFTON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-03539-KAW<br><br>SECOND ORDER TO SHOW CASE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE; ORDER TO SHOW CAUSE HEARING SET FOR NOVEMBER 12, 2015 |

On November 3, 2015, the Court held a case management conference, where Plaintiff did not appear. This is the third time that Plaintiff's counsel, Stanley Goff, has failed to appear at a scheduled case management conference in this case, as he also failed to appear on November 4, 2014 and July 28, 2015. (*See* Minute Entries, Dkt. Nos. 12 & 31.) The Court issued and subsequently discharged an order to show cause concerning the July 28, 2015 failure to appear. (*See* Dkt. Nos. 30 & 37.)

On October 15, 2015, the parties stipulated to continue the case management conference scheduled for October 20, 2015 to the earliest available date thereafter, because Plaintiff's counsel had a scheduling conflict. (Dkt. No. 44.) The Court approved the stipulation and continued the hearing to November 3, 2015. *Id.* Notwithstanding this accommodation, Mr. Goff failed to appear despite the numerous trial deadlines that are fast approaching.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than **Monday, November 9, 2015,** why this case should not be dismissed for failure to prosecute, or, in the alternative, why he should not personally pay monetary sanctions in the amount of $1000.00 for his failure to appear at the case management conference.

///

1  Additionally, the Court sets a hearing on the second order to show cause for **Thursday,**
2  **November 12, 2015 at 11:00 AM** in Courtroom 4, U.S. District Court, 1301 Clay Street, 3rd
3  Floor, Oakland, California, at which both Mr. Goff and his client, David Clifton, are ordered to
4  appear.
5  IT IS SO ORDERED.
6  Dated: November 3, 2015

KANDIS A. WESTMORE
United States Magistrate Judge