Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff David Clifton

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CLIFTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ET AL.<br><br>　　　　Defendants. | Case No.: 3:14-cv-03539 KAW<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(2)AND [PROPOSED] ORDER |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff David Clifton and or his counsel, hereby gives notice and requests that the above-captioned action is voluntarily dismissed, without prejudice against all defendant(s).

Dated: November 20, 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Stanley Goff Esq.,
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff David Clifton

NOTICE OF VOLUNTARY DISMISSAL

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the plaintiff's request for voluntary dismissal of the above-named defendants is granted without prejudice.

Dated: December 1, 2015

*Kandis Westmore*
Magistrate Judge Kandis Westmore

NOTICE OF VOLUNTARY DISMISSAL